**Dismissed and Memorandum Opinion filed February 14, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-12-00932-CV

---

**EFIGENIA P. BONILLA, Appellant**

**V.**

**WELLS FARGO BANK, N.A., Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1019844**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 1, 2012.  The notice of appeal was filed October 5, 2012.  To date, our records show that appellant has not paid the $175.00 appellate filing fee.  *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also*; Tex. Gov't Code Ann. § 51.207.

On January 3, 2013, this court ordered appellant to pay the appellate filing fee on or before January 18, 2013, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).


PER CURIAM


Panel consists of Justices Frost, Brown, and Busby.